*David Nation* and *Thomas S. Walterhouse,* for the appellant.
*Walter March,* for the appellee.

---

TIMMONS and Others *v.* VANCLEVE.

APPEAL from the *Carroll* Common Pleas.

*Per Curiam.*—The bill of exceptions in this case is striken from the record, and the judgment below affirmed, on the authority of *Peck* v. *Vankirk,* 15 Ind. 159, the cases being precisely alike.

The judgment is affirmed, with five per cent. damages and costs.

*F. J. Mattler,* for the appellants.

*M. D. White, J. N. Binford, J. E. McDonald,* and *A. L. Roache,* for the appellee.